U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**PLAINTIFF:** John Allen

**COURT CASE NUMBER:** 3:02CV1818 (DJS)(TPS)

**DEFENDANT:** John Armstrong

**TYPE OF PROCESS:** Amd. Cmp

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Vadnais

**ADDRESS:** Macdougall Correctional 1153 East Street S Suffield CT 06080

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
John Allen #287059
VA Dept of Corrections
Red Onion State Pris P.O. Box 1900
Pound VA 24279

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

IFP / PERSONALLY Serve

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

**TELEPHONE NUMBER:** 579-5861
**DATE:** 10/21/03

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

**Total Process:** 1
**District of Origin No.:** 14
**District to Serve No.:** 14
**Signature of Authorized USMS Deputy or Clerk:** G.I.W.
**Date:**

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

**Date of Service:** 11/14/03
**Time:** 10:00 am
**Signature of U.S. Marshal or Deputy:** R.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45,— | — | — | 45,— | | | |

**REMARKS:**

## RETURN OF SERVICE

Service was made by me on:[1] ______ Date ______

Name of Server (print) ______ Title ______

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant at: ______

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: ______ Date ______ Signature of Server ______

Address of Server ______

1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF | John Allen |
| DEFENDANT | John Armstrong, et al |
| COURT CASE NUMBER | 3:02CV1818 (DJS)(TPS) |
| TYPE OF PROCESS | Amd Comp |

DISTRICT OF CONNECTICUT

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Capt Cleaves

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** MacDougall 1153 East Street S Suffield, CT 06080

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

John Allen
Virginia Dept of Corrections
Red Onion State Prison
P.O. Box 1900 - Pound, VA 24279

Number of process to be served with this Form - 285: 
Number of parties to be served in this case: 
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

IFP / Personally Serve

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 579-5861
DATE: 10/21/03

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk G.W. | Date |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 11/14/03
Time: 10:00 am
Signature of U.S. Marshal or Deputy: R. [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45, | — | — | 45, | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

## RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date |
| Name of Server (print) | Title |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant at: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _____   _____
             Date                                Signature of Server

                                                 _____
                                                 Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.