John Allen 281059
John Allen
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279
Plaintiff Pro Se

FILED

2004 FEB 23  P 4:30

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

John Allen, 281059        :   Civil No. 3:02CV1818(DJS)(TPS)
    Plaintiff,            :
        v.                :   MOTION TO REQUEST COURT CONTACT ATTORNEY
                          :   GENERAL, STATE OF CONNECTICUT TO OBTAIN
John Armstrong, et al.    :   PERSONAL ADDRESSES OF UNSERVED DEPT. OF
    Defendants.           :   CORRECTION DEFENDANTS.

MOTION TO REQUEST COURT CONTACT ATTORNEY GENERAL, STATE OF CONNECTICUT TO OBTAIN PERSONAL ADDRESSES OF UNSERVED DEPT. OF CORRECTION DEFENDANTS

Come now plaintiff John Allen, 281059, and hereby move this Honorable Court for the Court to Contact the Attorney General, State of Connecticut to Obtain Personal Addresses of Unserved Dept. of Correction Defendants, to expedite Personal Service of Process By U.S. Marshal Service. This motion is made pursuant to Federal Rules of Civil Procedure, and based upon the following reasons:

1. Plaintiff is a State of Hawaii prisoner, proceeding pro se, incarcerated within Connecticut Dept. of Correction, at Northern C.I., and MacDougall C.I. between November 15, 1996, and November 1, 2000.

2. Plaintiff received U.S. Marshal Service, Process Receipt and Return Form, for service of all defendants in Official Capacity, dated 5/09/03.

3. Plaintiff has not received Notice of Appearance of Counsel for any defendants in their Individual or Official Capacity, by the Attorney General, State of Connecticut, although currently representing defendants Armstrong, Murphy, and Myers, in Civil No. 3: 00CV1823, Allen v. Armstrong, et al. CD(S)(TPS).

4. Plaintiff believes a deliberate and intentional attempt by the Attorney General Office, State of Connecticut, is being perpetrated to circumvent or hinder effective Service of Process, through deliberate and intentional unavailability of access to Dept. of Correction officials or employees; John Armstrong, Jack Tokarz, Larry Myers, Brian Murphy, James Huckabey, Mark Allen, and Correction Officer Allison.

5. To expedite further Process of Service requires access to the personal addresses, of the above seven named defendants for forwarding to the U.S. Marshal Service, to execute personal Service of Process.

6. This Honorable Court has previously contacted the Attorney General, State of Connecticut, through Assistant Attorney General, Henri Alexandre in March 2001, with regards to Civil No. 3:00CV1823(CDS)(TPS), Allen v. Armstrong, et al., on this Court's own initiative.

7. To insure effective prosecution of this case requires direct action by this Court through contact with the Attorney General, State of Connecticut, currently representing Dept. of Correction defendants, particularly, Commissioner, John Armstrong, to obtain or make available the personal addresses of seven named unserved defendants, for forwarding to the U.S. Marshal Service, to execute personal Service of Process; names listed as follows: John Armstrong; Jack Tokarz, Larry Myers; Brian Murphy; James Huckabey; Mark Allen, and Correction Officer Allison.

8. The ends of justice would be best served through this Honorable Court contacting the Attorney General, State of Connecticut to obtain personal addresses of unserved Dept. of Correction defendants to expedite personal Service of Process.

9. For the reasons stated above plaintiff prays this Honorable Court will grant his Motion to Request Court Contact Attorney General, State of Connecticut to obtain Personal Addresses of Unserved Dept. of Correction Defendants.

Dated: Pound, Virginia, February 17, 2004

John Allen
John Allen 287054
Plaintiff    Pro Se
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279

- 2 -