UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JOHN ALLEN | : | PRISONER<br>CIVIL NO. 3:02CV1818(DJS)(TPS) |
| V. | : |  |
| JOHN ARMSTRONG, ET AL. | : | MARCH 3, 2004 |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for all defendants in their individual capacity only, in the above-captioned case.

Dated at Hartford, Connecticut, this 3rd day of March, 2004.

        DEFENDANTS
        John Armstrong, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

        BY:_____
           Steven R. Strom
           Assistant Attorney General
           110 Sherman Street
           Hartford, CT  06105
           Tel.:  (860) 808-5450
           Fax:  (860) 808-5591
           E-Mail:  steven.strom@po.state.ct.us
           Federal Bar #ct01211

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 3rd day of March 2004:

John Allen, Inmate #287059
Red Onion State Prison
P.O. Box 1900
Pound, VA 24279

_____
Steven R. Strom
Assistant Attorney General