John Allen 287059
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279
Plaintiff   Pro Se

FILED
2004 MAR 18  P 4: 12
U.S. DISTRICT COURT
BRIDGEPORT, CONN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

John Allen, 287059,
Plaintiff,

v.

John Armstrong, et al.,
Defendants

CIVIL NO. 3:02CV1818 (DJS)(TPS)

MOTION TO REQUIRE COURT CLERK PROVIDE INDIGENT PLAINTIFF COPY OF LOCAL RULES OF DISTRICT COURT; CERTIFICATE OF SERVICE.

MOTION TO REQUIRE COURT CLERK PROVIDE INDIGENT PLAINTIFF COPY OF LOCAL RULES OF DISTRICT COURT

Come now plaintiff John Allen, 287059, a State of Hawai'i prisoner, and hereby move this Honorable Court to Require Court Clerk Provide Indigent Plaintiff Copy of Local Rules of District Court, to ensure proper compliance with Court procedure. This motion is made pursuant to Federal Rules of Civil Procedure, and based upon the following reasons:

1. Plaintiff is a State of Hawai'i prisoner, proceeding pro se, incarcerated within Connecticut Dept of Correction, at Northern C.I., and MacDougall C.I., between November 15, 1996, and November 1, 2000.

2. Plaintiff is a State of Hawai'i prisoner unfamiliar with Connecticut District Court Local Rules of Civil Procedure.

3. Plaintiff submitted a Motion For Partial Summary Judgment on May 2003, Civil No. 3:00CV1833 (DJS)(TPS), Allen S. Armstrong, et al.

-1-

4. This Court denied without prejudice plaintiff's Motion for Partial Summary Judgment, based upon non-adherence to Rule 56(a)1, D. Conn. L. Civ. R., although considering plaintiff's motion as opposition to defendants' motion to dismiss, Civil No. 3:00CV1823(DJS)(TPS), John Allen v. John Armstrong, et al.

5. Plaintiff requires access to D. Conn. L. Civ. R., to ensure proper compliance with District of Connecticut court procedure.

6. Plaintiff is proceeding pro se without benefit of counsel, to safeguard equable representation afforded to defendants' through Office of Attorney General, State of Connecticut.

7. The ends of justice would be best served through the Court Clerk providing an indigent plaintiff proceeding pro se a copy of District of Connecticut local Civil Rules of Procedure, to ensure proper compliance.

8. For the reasons stated above plaintiff prays this Honorable Court will grant his Motion to Require Court Clerk Provide Indigent Plaintiff Copy of Local Rules of District Court.

Dated: Pound, Virginia, March 13, 2004

John Allen
John Allen 287059
Plaintiff pro se
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279

## CERTIFICATE of SERVICE

I hereby certify that a copy of the foregoing was mailed to the party listed below, by placing in U.S. Mail, on March 15, 2004.

Steven R. Strom,
Assistant Attorney General, State of Connecticut.
110 Sherman Street
Hartford, Connecticut 06105
Attorney for Connecticut DOC Defendants

John Allen
John Allen 201059
Plaintiff Pro Se
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279