UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ALLEN | : | PRISONER<br>CIVIL NO. 3:02CV1818(DJS)(TPS) |
| V. | : | |
| JOHN ARMSTRONG, ET AL. | : | MARCH 31, 2004 |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for all defendants in their official and individual capacities, in the above-captioned case.

Dated at Hartford, Connecticut, this 31st day of March 2004.

        DEFENDANTS
        John Armstrong, Et Al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

        BY:__/s/_____
          Steven R. Strom
          Assistant Attorney General
          110 Sherman Street
          Hartford, CT  06105
          Tel.:  (860) 808-5450
          Fax:  (860) 808-5591
          E-Mail:  steven.strom@po.state.ct.us
          Federal Bar #ct01211

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 31st day of March 2004:

John Allen, VADOC #287059
Red Onion State Prison
P.O. Box 1900
Pound, VA 24279

\_\_/s/_____
Steven R. Strom
Assistant Attorney General