UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | ) | |
| | ) | PRISONER |
| JOHN ALLEN | ) | Case No. 3:02CV1818(DJS)(TPS) |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN J. ARMSTRONG, ET.AL. | ) | MARCH 31, 2004 |

NOTICE OF MANUAL FILING

Please take notice that DEFENDANTS have manually filed the following documents:

1. Complaint in Allen v. Armstrong, 3:00CV1823(DJS)(filed Sept. 20, 2000);
2. Ruling and Order, Allen v. Armstrong, 3:00CV1823(DJS)(D.Conn. Aug. 1, 2003).
3. A.D. 6.10 (effective June 26, 2000)
4. A.D. 10.8 (effective October 1, 1997), attached to March 22, 1996 DOC Policy on Native American Smudging;
5. A.D. 9.6  (effective Aug. 16, 1999)
6. A.D. 3.8 (effective July 1, 1996)
7. Commissary Order Form

These documents have not been filed electronically because

[ x ]  the documents or thing cannot be converted to an electronic format
[   ]  the electronic file size of the document exceeds 1.5 megabytes
[   ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents or thing have been manually served on all parties.

                Respectfully submitted,

                /s/ Steven R. Strom
                Assistant Attorney General
                Fed. Bar No. ct01211
                110 Sherman St.
                Hartford, CT 06105
                Phone: (860)-808-5450
                Fax: (860)-808-5591
                E-mail: steven.strom@po.state.ct.us

CERTIFICATION

I hereby certify that a copy of the foregoing Notice of Manual Filing has been mailed this 31st day of March 2004 to:

John Allen, VADOC #287059
Red Onion State Prison
P.O. Box 1900
Pound, VA 24279

_____
Steven R. Strom
Assistant Attorney General