```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
```

John Allen                          :
                                    :           PRISONER
    v.                               :    Case No.3:02cv1818(DJS)(TPS)
                                    :
John J. Armstrong, et al            :


<u>ORDER OF NOTICE TO PRO SE LITIGANT</u>

On 4/1/04, the defendants filed a motion to dismiss.  Rule 7(a), D. Conn. L. Civ. R., requires plaintiff to file his response to the motion within twenty-one days from the date the motion was filed.

The court hereby gives express notice to the <u>pro se</u> plaintiff that "failure to submit a memorandum in opposition to [the] motion may be deemed sufficient cause to grant the motion, except where the pleadings provide sufficient cause to deny the motion."  Rule 7(a), D. Conn. Loc. Civ. P., and that if plaintiff fails to file his opposition to the motion to dismiss or fails to obtain an extension of time for filing his opposition within twenty-one days from the day the motion was filed, the defendants' motion may be granted at that time.

If after full review of the unopposed motion and the complaint, dismissal is warranted, the motion to dismiss will be granted, the complaint will be dismissed and the case will be closed.

Dated this 22nd day of April, 2004.

                                       BY ORDER OF THE COURT
                                       KEVIN F. ROWE, CLERK