John Allen 287059
John Allen
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279
Plaintiff Pro Se

**FILED**

2004 APR 22 P 2:57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

John Allen, 287059
    Plaintiff,
  v.
John Armstrong, et al.,
    Defendants

CIVIL NO. 3:02CV1818 (DJS)(TPS)
MOTION FOR EXTENSION OF TIME; CERTIFICATION.

## MOTION FOR EXTENSION OF TIME

Come now plaintiff John Allen, 287059, a State of Hawaii prisoner, and hereby moves this Honorable Court for Extension of Time, to file response to defendants' Motion to Dismiss, dated March 31, 2004. This motion is based upon the Federal Rules of Civil Procedure, and the following reasons:

1. Plaintiff is pro se counsel in the above-entitled action, without benefit of paralegal or legal assistant staff to rely upon for researching, preparing, or gathering relevant case law decisions.

2. Defendants' counsel has swamped plaintiff with a great deal of material to review, prior to plaintiff filing a definitive response.

3. Plaintiffs' Motion to Require Court Clerk Provide Indigent Plaintiff Copy of Local Rules of District Court, has not been acted upon by the Court, to ensure proper compliance with District Court procedure in filing a definitive response.

4. The Court has not entered a Scheduling Order, in the above action establishing specified dates for response to Discovery and Interrogatory requests.

5. Plaintiffs' First Request for Production of Documents, was submitted to defendants' counsel, on April 14, 2004.

6. The ends of justice would be best served through Extension of Time, for plaintiff to file a definitive response.

WHEREFORE, plaintiff respectfully seeks up to Sixty (60) days, within which to file a definitive response to defendants' Motion to Dismiss.

Dated: Pound, Virginia, <u>April 19, 2004</u>

<u>John Allen</u>
John Allen 287059
Plaintiff Pro Se
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279

## CERTIFICATION

I hereby certify that a copy of the foregoing document was placed in U.S. Mail, postage pre paid, on <u>April 19, 2004</u>, for service on party listed below;

Steven R. Strom,
Assistant Attorney General, State of Connecticut
110 Sherman Street
Hartford, Connecticut 06105
Attorney for Connecticut DOC Defendants

<u>John Allen</u>
John Allen 287059
Plaintiff Pro Se
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279

-2-