UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ALLEN, | : | PRISONER<br>CIVIL NO. 3:02CV1818 (DJS)(TPS) |
| *Plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| JOHN J. ARMSTRONG, ET AL., | : | |
| *Defendants.* | : | MAY 19, 2004 |

## MOTION FOR PROTECTIVE ORDER

Pursuant to Local Rule 7 and Rule 26(c) of the Federal Rules of Civil Procedure, the defendants in the above entitled matter hereby respectfully move for a protective order excusing them from responding to the plaintiff's current discovery requests and any further discovery requests submitted by the plaintiff until thirty days after the defendants' motion to dismiss dated March 31, 2004, is ruled upon by the court. In the alternative, the defendants' respectfully request a stay of all discovery in this matter until thirty days after said motion is decided by the court.

The defendants submit this motion to preserve judicial resources and those of the parties with regard to this action wherein the *pro se* inmate plaintiff seeks monetary damages regarding an alleged denial of native American "religious artifacts," especially where the defendants have raised res judicata, and qualified immunity as among their defenses. The defendants have filed a motion to dismiss the complaint based in part upon qualified immunity. The immunity defense

in and of itself warrants the granting of the defendants' motion because qualified immunity is intended to protect a defendant from all the burdens of litigation, including the burdens of discovery. Qualified immunity would be meaningless and would be lost if discovery proceeded while the applicability of qualified immunity is decided by the Court. *See Mitchell v. Forsyth,* 472 U.S. 511, 526 (1985); *Puerto Rico Aqueduct & Sewer Authority v. Metcalf & Eddy, Inc.,* 506 U.S. 139, 144-45 (1993). The motion to dismiss could be dispositive of the entire action, thus defendants respectfully seek for a Protective Order staying discovery until thirty days after a ruling on the Motion to Dismiss.

        DEFENDANTS,
        John Armstrong, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

        BY: /s/_____
        Steven R. Strom
        Assistant Attorney General
        Federal Bar No. ct01211
        110 Sherman Street
        Hartford, CT  06105
        Telephone No.: (860) 808-5450
        Fax No.: (860) 808-5591
        steven.strom@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 19th day of May 2004:

John Allen, VADOC # 287059
Red Onion State Prison
P.O. Box 1900
Pound, VA 24279

    /s/
Steven R. Strom
Assistant Attorney General