Clerk of the Court:

JUL 26 2004
JUN 7 2004

3:02 CV 1818 (DJS) (TPS)

John Allen J. John Armstrong, et al.

Exhibits 29 Thru 74

Motion For More Definite Statement To Require Defendants To File Complete, Full, and Comprehensive Motion to Dismiss

June 29, 2004

These Exhibits 29 Thru 74, were incorporated by reference to Affidavit of John Allen, incorporated by reference to above stated Motion.   John Allen 287059

# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601B
7-1-98

Inmate name: John Allen
Inmate No. 25468
Facility: Northern C.I.
Housing unit: 1 West 122
Date 3-7-2000

☒ Line grievance  ☐ Line emergency  ☐ Health grievance  ☐ Health emergency

IGP no. 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    Not available - Non receipt of Level 1 response
Filed Jan 29, 2000
T no.

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level-1 decision because never received Level 1 response. Issue - Denial of Native American Indian religious ceremonial headbands by MacDougall C.I. Property Officer Hernandez, on Jan. 18, 2000, received from Northern C.I. Property Dept. Not authorized but authorization of approval was pending from Rev. Bruno, Director Religious Services. Request compensation be provided for personal property if not able to locate.

Inmate signature: John Allen
Date 3-7-2000

MAR 21 2000

### FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

Date received 3/27/00
Disposition: DENIED
Date of disposition 04/04/00

Reasons: The Department of Correction is still in the process of reviewing the wearing of headbands by Native Americans. When a decision is made, the inmate population will be notified.

Level-2 reviewer: [signature]

☐ This grievance may be appealed within 5 days to Level 3
☒ This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because

Inmate signature
Date

Deposit your appeal in the box for inmate grievances.

### FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

Date received
Disposition
Date of disposition

Reasons

Exhibit 29

Level-3 reviewer



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601A
7-1-98

| Inmate name | John Allen | | Inmate no. | 251468 |
|---|---|---|---|---|
| Facility MacDougall C.I. | | Housing unit RHU 4 | | Date 1-29-2000 |

[X] Line grievance  [ ] Line emergency  [ ] Health grievance  [ ] Health emergency

**1. Informal resolution** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

Spoke directly with Lt. Cleveland on 1-22-2000

**2. Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

On 1-22-2000, Allen was placed in RHU 4, upon confinement three property items were removed or confiscated, one gray sweatshirt, one sacred Native American Indian religious liturgical head-gear known as a headband-bandanna-(black/blue with picture head of Indian-rust color border of Native American design pattern) tucked in pocket of one brown/beige khaki state issue slacks. Allen was not given or signed any form to document removal or confiscation of items worn to RHU 4, only items removed from cell after transfer from CL to RHU 4.

**3. Action requested.** Describe what action you want taken to remedy the grievance.

To be provided personal property items worn to RHU 4 which were removed or confiscated, or to be provided a personal property receipt to document confiscation or removal of sweatshirt, sacred headbandanna tucked in pocket of slacks.

Inmate signature: John Allen

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

| IGP no. 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 | T no. | |
|---|---|---|
| Date received 1-31-00 | Disposition Denied | Date of disposition 2-28-00 |

Grievance issue - ALLEGED CONFISCATION OF PROPERTY ITEMS

Reasons: NO SUCH ITEMS WERE CONFISCATED FROM YOU DURING YOUR PERIOD OF CONFINEMENT IN R.H.U.

Exhibit 30

Level-1 reviewer: Warden Strange



# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601B
7-1-98

Inmate name: John Allen  
Inmate No. 251468  
Facility: Northern C.I.  
Housing unit: 2 West 122  
Date: 3-7-2000  

[X] Line grievance  [ ] Line emergency  [ ] Health grievance  [ ] Health emergency  

IGP no. Not available - Non-receipt Level 1 response / 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 filed Jan. 29, 2000  
T no.

Use this form to appeal a Level -1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level-1 decision because never received Level 1 response. Issue - Denial of receipt for property confiscated upon placement in Restrictive Housing Unit, MacDougall C.I. Jan 22, 2000, consisting of one (1) Large gray sweatshirt, one Native American Indian religious/ceremonial head bandana - black & blue color, in pocket of tan khaki pants. Level 1 filed Jan 29, 2000, picked up by Grievance Coordinator Garcia, Feb. 1, 2000. Request compensation for personal property items if not able to locate - Confiscated - no receipt provided for clothing taken.

Inmate signature: John Allen  
Date: 3-7-2000

MAR 21 2000

### FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

Date received: 3/27/00  
Disposition: DENIED  
Date of disposition: 04/17/00  

Reasons: The sweatshirt listed in your grievance was addressed in my response to your grievance 137-000027 on 4/6/00. The headbands were contraband. The Department of Correction is not responsible for contraband items.

Level-2 reviewer: [signature]

[ ] This grievance may be appealed within 5 days to Level 3  
[X] This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because

Inmate signature:  
Date:  

Deposit your appeal in the box for inmate grievances.

### FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

Date received:  
Disposition:  
Date of disposition:  
Reasons:

Exhibit 31

Level-3 reviewer:

# Macdougall Correctional Institution
# INMATE REQUEST FORM



HOUSING/UNIT **RHU 4**  
INMATE NAME **John Allen**  
DATE **January 31, 2000**  
NUMBER **25468**  
REQUEST **To obtain approval/authorization for the acquisition of Native American Indian religious/ceremonial item – black bearskin – totem prayer rug – 18 inches by 18 inches – bath towel size, used for smudging on concrete or man-made surface rather than natural earth surface.**

**copy: Rev. Bruno, Director, Religious Services**
**Jack Tokarz, Deputy Commissioner**

(CONTINUE ON BACK PAGE IF NECESSARY)

PREVIOUS ACTIONS TAKEN _____

(CONTINUE ON BACK PAGE IF NECESSARY)

SUBMITTED TO **Deputy Commissioner Tokarz**   DATE RECEIVED _____  
ACTED ON BY _____  
ACTION TAKEN AND/OR RESPONSE _____

RECEIVED
FEB 2 2000
DEPUTY COMMISSIONER
OF PROGRAMS

(CONTINUE ON BACK PAGE IF NECESSARY)

DATE OF RESPONSE TO INMATE _____  
SIGNATURE OF STAFF MEMBER _____

Exhibit 32



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

February 9, 2000

Mr. John Allen #251468
MacDougall-CI
1153 East Street South
Suffield, CT 06080

Dear Mr. Allen:

I am responding to your request dated January 31, 2000.

I am sorry but permission to purchase a bearskin rug is denied. A prayer rug does not have to be animal hide.

Elder Mark Allen has spoken to you about a prayer rug. Please see him about this matter.

Sincerely,

Jack Tokarz
Deputy Commissioner

JT/AJB/da
cc: James Huckabey, Complex 4 Warden
    Mark Strange, Warden, MacDougall-CI
    Deacon Rene Kieda, Facility Religious Coordinator
    Elder Mark Allen, Native American Chaplain

Exhibit 33



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601
1-14-94

| | |
|---|---|
| Inmate Name: John Allen | Inmate No. 251468 |
| Housing Location: 2 West 122 Northern C.I. | Date 2-27-2000 |

[X] Line Grievance  [ ] Line Emergency  [ ] Health Service Grievance  [ ] Health Emergency

IGP No. 141.00.312      T No.

**1. Informal resolution.** Attach a copy of Inmate Request Form (CN9602) containing the appropriate staff member's response, or indicate why the form is not attached:

Received official letter from Commissioner Jack Tokarz

**2. Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use one 8-1/2-by 11-inch sheet of paper and attach to this form.) Cultural, ethnic, racial, and religious discrimination of Native American Indian heritage and tradition, through denial of, failure or refusal to provide access to "personal-totem-black bearskin" prayer rug, for smudging on concrete or manmade surface, rather than natural earth. Native American Indian religious belief encompasses hundreds of different cultural, ethnic, racial, and religious observances and practices, to impose one or another tribes, nations, sect upon another Native American Indian violates the First Amendment of the U.S. Constitution, clause on Establishment of Religion and Freedom of Religious Expression. Alaskan Natives, Lakota (Sioux), Zuni, Hopi, etc. all possess distinct cultural, ethnic, and religious belief systems, although worshiping similarly the Great Spirit, Supreme Being, but having different variations. Allen requires a personal-totem prayer rug of his spirit guardian, helper, protector, of natural animal, rather than manmade cloth type prayer rug woven from animal hair.

**3. Action requested.** Describe what action you want taken to remedy the grievance. Discontinue cultural, ethnic, racial, and religious discrimination of Native American Indian heritage and tradition, through denial of, failure or refusal to provide access to "personal-totem-black bearskin" prayer rug, for smudging on concrete or manmade surface, rather than natural earth. Allen requires a personal-totem-black bearskin prayer rug, of his spirit guardian, helper, protector, of natural animal, rather than manmade cloth type prayer rug woven from animal hair.

Inmate Signature: John Allen

Remember: Your grievance must be filed within 30 days of the cause of the grievance or within 30 days of the date you became aware of the cause. You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## FOR OFFICIAL USE ONLY
## LEVEL 1 REVIEW

| Date Received FEB 29 2000 | Disposition: Denied | Date of Disposition 3/28/00 |
|---|---|---|

**Grievance Issue:** *Grievance regarding a religious issue.*

**Reasons:** *You need to address these issues with Elder Mark Allen, who comes to NCI every Thursday.*

Exhibit 34

Level - 1 Reviewer: [signature] 3/28/00



# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601B
7-1-98

Inmate name: John Allen
Inmate No. 251468
Facility: Northern C.I.
Housing unit: 2West 122
Date: 3-30-2000

[X] Line grievance  [ ] Line emergency  [ ] Health grievance  [ ] Health emergency

IGP no. 141.00.312
T no.

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

**Appeal.** I am appealing the Level-1 decision because it fails to address specific issue of cultural, ethnic, racial and religious discrimination of Native American Indian heritage and tradition through denial of pasture or refusal to provide access to personal black bear sky prayer rug for smudging on concrete or man-made surface rather than natural earth. Or the different var[ious] beliefs among Native American groups, Nations, tribes, etc. in violation of First and Fourteenth Amendment guarantees of Freedom of Religious Expression and Equal Protection under the Law. Nor denial by Commissioner Tokarz and Director Religious Services Rev. Bruno. Issue of Dept. of Corrections policy and procedure, not actionable by Chaplain Mark Allen.

Inmate signature: [signed]
Date: 3-30-2000

### FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

Date received: 04/03/00
Disposition: *Compromised*
Date of disposition: 04/07/00

Reasons: *You are appealing a level 1-grievance regarding religious issue. Elder Mark Allen can instruct you on the significance of the items placed in a Medicine bag and assist you with other appropriate items until additional items are available through the commissary. Your grievance appeal is compromised.*

Level-2 reviewer: [signed]

[ ] This grievance may be appealed within 5 days to Level 3
[X] This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

**Appeal.** I am appealing the Level-2 decision because

Inmate signature:
Date:

Deposit your appeal in the box for inmate grievances.

### FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

Date received:
Disposition:
Date of disposition:

Reasons:

Exhibit 35

Level-3 reviewer:



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601A
7-1-98

Inmate name: John Allen   Inmate no. 251468

Facility: Northern C.I.   Housing unit: 3West 218   Date: 2-6-2000

[X] Line grievance  [ ] Line emergency  [ ] Health grievance  [ ] Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

On Feb. 4, 2000, Allen discovered that his Native American Indian religious/ceremonial medicine bag/pouch was damaged. The top portion of medicine bag/pouch had been ripped or torn on the edge, to possibly permit greater viewing of the inside contents of the medicine bag/pouch. Violation of First Amendment constitutional rights of freedom of religious express and deliberate destruction of religious materials. Allen had Property Officer Pepe note damage to medicine pouch/bag on Property Inventory Receipt dated 2-2-00. Allen does not know how or where damage occur prior to receipt of property following transfer from MacDougall C.I. to Northern C.I.

3. Action requested. Describe what action you want taken to remedy the grievance.

Allen seeks a replacement of Native American Indian religious/ceremonial medicine bag/pouch and the discontinuation of disrespectful treatment of sacred religious items.

Inmate signature: John Allen

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

IGP no. 144.00.206   T no.

Date received FEB 07 2000   Disposition: Rejected   Date of disposition: 2/29/00

Grievance issue: Grievance regarding a religious issue.

Reasons:
Per A.D. 9.6 section 9, an inmate shall attempt to seek informal resolution prior to filing an inmate grievance. Please address this issue with Captain Rodriguez.

Level-1 reviewer: [signature] 2/29/00

Exhibit 36

# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction



CN 9601B
7-1-98

| Inmate name | John Allen | Inmate No. | 251468 |
|---|---|---|---|

Facility: Northern Correctional Institution   Housing unit: 2 West 122   Date: 2-29-2000

[X] Line grievance   [ ] Line emergency   [ ] Health grievance   [ ] Health emergency

IGP no. 141.00.206   T no.

Use this form to appeal a Level -1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level-1 decision because it fails to address the specific issue of the damage to Allen's Native American Indian religious/ceremonial item — medicine bag/pouch. Capt. Rodriguez could not resolve informally as issue not pertaining to his responsibilities; damage to personal property following transfer from MacDougall CI; rip/tear/torn at the edge & possibility permit breakage of the inside contents of the medicine pouch. Property Officer Reprohovel damaged medicine pouch.

Inmate signature: John Allen   Date: 2-29-2000

### FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

Date received: 03/07/00   Disposition: Denied   Date of disposition: 03/08/00

Reasons: *You are appealing a level 1-grievance regarding a religious issue. There is no way of proving when or where the pouch was damaged. Your grievance appeal is denied.*

Level-2 reviewer: B. ____

[ ] This grievance may be appealed within 5 days to Level 3
[X] This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because

Inmate signature:   Date:

Deposit your appeal in the box for inmate grievances.

### FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

Date received:   Disposition:   Date of disposition:

Reasons:

Exhibit 32

Level-3 reviewer:



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601
1-14-94

Inmate Name: John Allen
Inmate No.: 251468
Housing Location: 3West 219 Northern C.I.
Date: 2-7-2000

[X] Line Grievance   [ ] Line Emergency   [ ] Health Service Grievance   [ ] Health Emergency

IGP No.: 14.00.220
T No.:

1. **Informal resolution.** Attach a copy of Inmate Request Form (CN9602) containing the appropriate staff member's response, or indicate why the form is not attached: Requests to Capt. Cleaver, H/pod Capt. Quinones, d/pod, and Warden Strange.

2. **Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use one 8-1/2-by 11-inch sheet of paper and attach to this form.) Since transfer to MacDougall C.I., on Dec. 1, 1999, until transfer back to Northern C.I. on Feb. 1, 2000, Allen was permitted access to wear Native American Indian religious liturgical headgear - headband - only in H/pod and d/pod housing living area and recreation yard area. Repeated requests to Capt. Cleaver, H/pod, Capt. Quinones, d/pod, and Warden Strange, for access to wear religious headgear comparable to Jewish adherents, wearing yarmulka, Muslim adherents, wearing kufis, and non-religious headgear such as baseball caps or doo rag received arbitrary and capricious denial. Moreover, I was repeatedly told this issue was being reviewed for wear for three whole two months confined to MacDougall C.I., this constitutes cultural, ethnic, racial and religious discrimination of Native American Indian heritage and tradition. All other religious affiliation with religious liturgical headgear are permitted to wear their liturgical headgear at all times, such as to group meetings, job or work assigned area, gym or recreation areas, visits, dining hall, etc. violates DOC Admin Directive 10.8

3. **Action requested.** Describe what action you want taken to remedy the grievance. To obtain approval/authorization to wear Native American Indian religious liturgical headgear - headband - at all times as other religious affiliations, and non-religious wearers of baseball caps and doo rags. Have Dept. of Corrections discontinue cultural, ethnic, racial, and religious discrimination of Native American Indian religious belief, observance, or practice.

Inmate Signature: John Allen

Remember: Your grievance must be filed within 30 days of the cause of the grievance or within 30 days of the date you became aware of the cause. You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## FOR OFFICIAL USE ONLY
## LEVEL 1 REVIEW

Date Received: FEB 0 8 2000
Disposition: *Compromise*
Date of Disposition: 3/7/00

Grievance issue:
*Grievance regarding a religious.*

Reasons:
*This issue has been previously addressed at Northern. You are allowed to wear the Native American literical headgear in your cell and during smudging*

Level - 1 Reviewer: [signature] 3/7/00    Exhibit 38

# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601B
7-1-98

Inmate name: John Allen  
Inmate No.: 251468  
Facility: Northern C.I.  
Housing unit: 2 West 122  
Date: 3-8-2000

[X] Line grievance  [ ] Line emergency  [ ] Health grievance  [ ] Health emergency

IGP no.: 141.00.220  
T no.:

Use this form to appeal a Level -1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

**Appeal.** I am appealing the Level-1 decision because: First, this issue was address concerning the denial of religious liturgical headgear or headband at MacDougall C.I. and directed to the Warden Strange and Captain Clemente and Quinn, not Warden Myers responsibility to address issues occurring at another institution also fails to address specific issue of cultural, ethnic, racial, religious discrimination of Native American Indian beliefs and tradition, and the arbitrary and capricious nature of the decision to use only in Pod Housing Unit and Rec. area while other religious application permitted to wear religious liturgical headgear at all times throughout MacDougall C.I.

Inmate signature: [signature]  
Date: 3-8-2000

### FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

Date received: 03/14/00  
Disposition: Denied  
Date of disposition: 03//14/00

Reasons: *You are appealing a level 1-grievance compromise regarding religious headgear. This issue was addressed at NCI, and you were allowed to wear the Native American liturgical headgear in your cell and during smudging. The Department is in the final plan to have the Native American liturgical headgear available from the Commissary. The policy is forthcoming. Your appeal is denied.*

Level-2 reviewer: [signature]

[ ] This grievance may be appealed within 5 days to Level 3  
[X] This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because

Inmate signature:  
Date:

Deposit your appeal in the box for inmate grievances.

### FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

Date received:  
Disposition:  
Date of disposition:

Reasons:

Exhibit 39

Level-3 reviewer:

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

## INMATE REQUEST FORM

Date: March 21, 2000

HOUSING UNIT:  I  (II)  III        EAST or (WEST)        Cell # 122
(Circle One)

Inmate Name: John Allen        Number: 251468

Request: To obtain approval/authorization for the acquisition - genuine ermine, fox, or rabbit hides or skins to wrap hair braided in Native American religious/ceremonial tradition. Due to denial of access to Native American religious/ceremonial liturgical headbandana

(Continue on back if necessary)

Submitted to: _____    Date Received: _____

Acted on by: _____

Action taken and/or response: _____

Date of Response to Inmate: _____

Signature of Staff Member: _____

NCI 050

cc: Rev. Bruno, Director Religious Services
    Deputy Commissioner Tokarz
    John Allen

Exhibit 40

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

## INMATE REQUEST FORM

Date: March 21, 2000

HOUSING UNIT: I (II) III   (Circle One)   EAST or (WEST)   Cell # 122

Inmate Name: John Allen   Number: 251468

Request: To obtain approval/authorization for the acquisition of Native American religious/ceremonial Medicine/Peace Pipe, Pipe Bag - from Pipestone Indian Shrine Association, Pipestone National Monument, P.O. Box 727, Pipestone, Minnesota 56164

(Continue on back if necessary)

Submitted to: _____   Date Received: _____

Acted on by: _____

Action taken and/or response: _____

Date of Response to Inmate: _____

Signature of Staff Member: _____

**NCI 050**

cc: Rev. Bruno, Director, Religious Services
    Deputy Commissioner Tokarz
    *John Allen*

Exhibit 41



# STATE OF CONNECTICUT
## *DEPARTMENT OF CORRECTION*
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

March 27, 2000

John Allen #251468
Northern CI
287 Bilton Road
Somers, CT  06071

Dear Mr. Allen:

I am responding to your two requests dated March 21, 2000.

Reverend Anthony J. Bruno, Director of Religious Services, has recently spoken to the Ombudsman regarding Native American headbands.

Headbands will be available in the very near future in the Commissary.

Ermine, fox and rabbit hides are not authorized.

Inmates are not authorized to have pipes.

Sincerely,

Jack Tokarz
Jack Tokarz
Deputy Commissioner


JT/AJB:mlf

cc:  Brian K. Murphy, Complex 1 Warden
     Larry J. Myers, Warden, Northern CI
     Rev. Julio Colon, Complex 1 Religious Coordinator
     Rev. James Hicks, Facility Religious Coordinator
     Rev. Anthony J. Bruno, Director of Religious Services

*An Equal Opportunity Employer*

Exhibit 42