# NORTHERN CORRECTIONAL INSTITUTION

## INMATE REQUEST FORM

Date: August 4, 2000

PHASE: (I)   II   III         (EAST) or WEST         Cell # 213

Inmate Name: John Allen                               Number: 251468

Request: To obtain change or correction of incomplete racial heritage data for Department of Correction, Northern C.I. Inmate File or Records and Inmate Identification Card, from current designation - B- for Black, to include Mexican or Hispanic, and Native American or Indian designations. The U.S. Census now provides for multi-ethnic or multi-racial categorization. No response received from Warden Myers submitted July 17, 2000, Inmate Request.

(Continue on back if necessary)

Submitted to: Inmate Copy                       Date Received: _____

Acted on by: _____

Action taken and/or response: _____

Date of Response to Inmate: _____

Signature of Staff Member: _____

NCI 050

CC: Director Levesque, Offender Classification and Population Management
John Allen

Exhibit 58



# STATE OF CONNECTICUT

DEPARTMENT OF CORRECTION
OFFENDER CLASSIFICATION & POPULATION MANAGEMENT UNIT
1151 East Street South
Suffield, Connecticut 06078

August 16, 2000

John Allen
#251468
Northern CI
287 Bilton Rd.
Somers, CT 06071

Dear Mr. Allen:

This will acknowledge receipt of your letter dated August 4, 2000 regarding the information pertaining to your race.

According to court documents issued by The Circuit of the First Circuit, State of Hawaii and provided by the Hawaii Department of Public Safety you are listed under race as black. As such your race is noted as black in Connecticut. If you have any issues with this you need to raise it with the Hawaii Department of Public Safety.

I will, via copy, apprise Warden Myers, of your concerns and our communication.

Sincerely,

Fred Levesque, Director
Offender Classification & Population Management

C:  Warden Myers
    Ms. Hannan, Record Specialist (master file)
    Rhonda Sasaki, Hawaii Dept. of Public Safety
    Central Records
    File

Exhibit 59

Exhibit 60a

Northern Correctional Institution
P.O. Box 665          1 East 213
Somers, Connecticut 06071
August 16, 2000

Rev. Anthony Bruno, Director, Religious Services
24 Wolcott Hill Road
Wethersfield, Connecticut 06109

Dear Rev. Bruno:

I am writing to request clarification of the recent provision for the acquisition of a piece of deerskin to be utilized as a headband. Although having been verbally informed by Chaplain Mark Allen, and Warden Myers concerning the ability to purchase a headband, I have not received anything "in writing" pertaining to Connecticut Department of Correction policy or procedure relating to the retention, use, or wearing of religious liturgical headgear known as a headband. I which to emphasize that I have repeatedly requested not just access to or the ability to wear a piece of cloth or animal skin but religious liturgical headgear.

More importantly, is the fact that religious liturgical headwear is **not** an item that can be purchased but is normally received ceremonially or given/provided FREE, in the same manner that an eagle feather can not be purchased but earned for some outstanding accomplishment or achievement. All or every religious liturgical item currently possessed, headband, medicine bag/pouch, and smudging materials were given or provided through members of the American Indian Services Corp., the Native American non-profit organization, which the Hawai'i prison system required I be affiliated with; for recognition; for having been responsible for the establishment of access to these particular items within the Hawai'i prison system, I earned them by some outstanding achievement. Accordingly I believe the same reasoning applies with respect to my efforts in relationship to the recent provision for obtaining access to a headband within the Connecticut Department of Corrections. I have already informed both Chaplain Allen and Warden Myers that I do not intend to purchase a headband. However, if the Chaplain's Office or Religious Services gives or provides a headband for my use

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

## INMATE REQUEST FORM

Date: September 5, 2000

HOUSING UNIT: (I)  II  III    (Circle One)    (EAST) or WEST    Cell # 213

Inmate Name: John Allen    Number: 251468

Request: To obtain approval/authorization for Chaplain Mark Allen to give/provide a head band available through the Commissary. I have spoken with Chaplain Mark Allen regarding my sincerely held belief concerning the buying or purchasing of religious liturgical/ceremonial items. There is currently a policy for the Elders to donate Smudging materials to indigent inmates - a headband is already available.

(Continue on back if necessary)

Submitted to: Inmate Copy    Date Received: _____

Acted on by: _____

Action taken and/or response: _____

Date of Response to Inmate: _____

Signature of Staff Member: _____

NCI 050

cc: Rev. Bruno, Director, Religious Services
    Deputy Commissioner Pokarz
    John Allen

Exhibit 6l



# STATE OF CONNECTICUT
## *DEPARTMENT OF CORRECTION*
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

September 15, 2000

John Allen #251468
Northern CI
P.O. Box 665
Somers, CT  06071

Mr. Allen:

I am responding to your duplicate letter dated August 16, 2000 to Father Bruno and to me.

Headbands, Kuffis, and Yarmulkes are now available for sale in the Commissary and are listed on an inmate's property matrix.

Present policy allows inmates to wear authorized religious headgear at all times.

No inmate is required to wear religious headgear. It is a personal choice.

Sincerely,

Jack Tokarz
Deputy Commissioner


JT:AJB/mlf

Cc:  Brian K. Murphy, Complex 1 Warden
     Larry Myers, Warden, Northern CI
     Rev. Julio Colon, Complex 1 Religious Coordinator
     Rev. Donald Jones, Facility Religious Coordinator
     Rev. Anthony J. Bruno, Director of Religious Services

Exhibit 62

*An Equal Opportunity Employer*



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

September 15, 2000

John Allen #251468
Northern CI
P.O. Box 665
Somers, CT   06071

Mr. Allen:

I am responding to your duplicate letter dated September 5, 2000 to Father Bruno and me.

Headbands are obtainable only through the Commissary. Commissary items are available to inmates only.

An inmate who purchases a headband can have it "blessed" by the Native American Chaplain and then gifted to him.

The current policy allowing volunteer Elders to donate smudging materials under certain circumstances does not apply to headbands.

Sincerely,

Jack Tokarz
Deputy Commissioner


JT:AJB/mlf

Cc: Brian K. Murphy, Complex 1 Warden
    Larry Myers, Warden, Northern CI
    Rev. Julio Colon, Complex 1 Religious Coordinator
    Rev. Donald Jones, Facility Religious Coordinator
    Rev. Anthony J. Bruno, Director of Religious Services


*An Equal Opportunity Employer*

Exhibit 63

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

## INMATE REQUEST FORM

Date: September 6, 2000

HOUSING UNIT: **I**  II  III  (Circle One)   **EAST** or WEST   Cell # 213

Inmate Name: John Allen   Number: 251468

Request: To obtain I.G.P. no. for the seven (7) Level 1 grievances listed below or have each unprocessed grievance returned. Submitted July 28, 2000, two (2) Level 1 grievances. Issues- (1) Denial of Access to the Courts- Denial of Telephone Call on July 28, 2000, (2) Denial of Access to the Courts- Failure or Refusal of Grievance Coordinator to Return Unprocessed Grievances. Submitted July 31, 2000, two (2) Level 1 grievances. Issues-

(Continue on back if necessary)

Submitted to: Major Coates   Date Received: *See back*

**RECEIVED SEP 6 2000 NORTHERN C.I.**

Acted on by: _____

Action taken and/or response: There are no I.G.P. Numbers due to the grievances being sent back to you due to your restriction status.

Date of Response to Inmate: 9/11/2000

Signature of Staff Member: DiGennaro

NCI 050

cc: Grievance Coordinator DiGennaro
Major Coates
John Allen

Exhibit 64

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

### INMATE REQUEST FORM

Date: September 6, 2000

HOUSING UNIT: (I)  II  III  (Circle One)    (EAST) or WEST    Cell # 213

Inmate Name: John Allen    Number: 251468

Request: To obtain IGP no. for the seven (7) Level 1 grievances listed below or have each unprocessed grievance returned. Submitted July 28, 2000, two (2) Level 1 grievances. Issues- (1) Denial of Access to the Courts - Denial of Telephone Call on July 28, 2000; (2) Denial of Access to the Courts - Failure or Refusal of Grievance Coordinator to Return Unprocessed Grievances. Submitted July 31, 2000, two (2) Level 1 grievances. Issues- (1) Failure or

(Continue on back if necessary)

\* See back \*

Submitted to: Grievance Coordinator Di Gennaro    Date Received: _____

Acted on by: _____

Action taken and/or response: There are no I.G.P. Numbers due to the grievances being sent back to you unprocessed due to your restriction status

Date of Response to Inmate: 9-11-2000

Signature of Staff Member: DiGennaro

NCI 050

cc: Grievance Coordinator Di Gennaro
    Major Coates
    John Allen

Exhibit 65



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601
1-14-94

Inmate Name: John Allen    Inmate No. 251468

Housing Location: Northern C.I.    1 East 213    Date 7-31-2000

[X] Line Grievance  [ ] Line Emergency  [ ] Health Service Grievance  [ ] Health Emergency

GP No.    T No.

1. **Informal resolution.** Attach a copy of Inmate Request Form (CN9602) containing the appropriate staff member's response, or indicate why the form is not attached:
No response to written request submitted on July 17, 2000 to Warden Myers.

2. **Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use one 8-1/2-by 11-inch sheet of paper and attach to this form.) On July 17, 2000, Allen submitted written request to have racial heritage data or information held by Northern C.I. and Dept. of Corrections. Inmate files are recorded as changed or corrected to reflect multi-ethnic and multi-racial heritage. Currently, Allen is listed as Black, however, Allen seeks to include Mexican or Hispanic, and Native American or Indian, ethnic or racial data or information. The failure or refusal to change or correct ethnic or racial heritage data or information violates Dept. of Corrections Administrative Directive 9.4, and First and Fourteenth Amendments, U.S. Constitution guarantees against denial of freedom of association, expression, ~~issuance of inmate~~ issued to include Mexican or Hispanic, and Native American or Indian designation in inmate file, records and on inmate identification card, and denial of equal protection under the laws through invidious ethnic and racial communication and classification of Allen as Black, since black is in itself a color, not a racial classification. Allen has a tan or yellow skin complexion and can or has been able to "pass for white" or Caucasian race.

3. **Action requested.** Describe what action you want taken to remedy the grievance. Have Northern C.I. and Dept. of Corrections discontinue policy and practice of invidious ethnic and racial discrimination through failure or refusal to change or correct ethnic or racial heritage data or information to reflect Allen's multi-ethnic and multi-racial heritage, of Portugese, Mexican or Hispanic, and Native American or Indian heritage, in violation of Dept. of Corrections Administrative Directive 9.4, and First and Fourteenth Amendments, U.S. Constitution.

Inmate Signature: John Allen

Remember: Your grievance must be filed within 30 days of the cause of the grievance or within 30 days of the date you became aware of the cause. You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## FOR OFFICIAL USE ONLY
## LEVEL 1 REVIEW

Date Received: AUG 0 2 2000    Disposition:    Date of Disposition:

Grievance Issue: Failure or Refusal to Change or Correct Ethnic or Racial Heritage Information - Violation of First and Fourteenth Amendments, U.S. Constitution

Reasons:

Exhibit 66

Level - 1 Reviewer

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

## INMATE REQUEST FORM

Date: March 30, 2000

HOUSING UNIT:  I  (II)  III      EAST or (WEST)      Cell # 124B
(Circle One)

Inmate Name: John Allen       Number: 251468

Request: To obtain a Level 2 grievance form — No response from Level 1 filed Feb. 24, 2000, Issue: Denial Approval/Authorize for Prayer Rug, Native American. Please provide I.G.P. Number from Grievance file or Log.

(Continue on back if necessary)

Submitted to: Grievance Coordinator DiGennaro   Date Received: _____

Acted on by: _____

Action taken and/or response: _____

there is no grievance logged about a native American prayer rug.

Date of Response to Inmate: 4·3·00

Signature of Staff Member: DiGennaro

NCI 050

Exhibit 67

**CONNECTICUT DEPARTMENT OF CORRECTION**
**NORTHERN CORRECTIONAL INSTITUTION**

**INMATE REQUEST FORM**

Date: August 1, 2000

HOUSING UNIT: (I)  II  III        (EAST) or WEST        Cell # 2-13
(Circle One)

Inmate Name: John Allen         Number: 251468

Request: To obtain the RGP nos. for two (2) Level 1 grievances submitted on July 31, 2000. Issues - (1.) Failure or Refusal to Change or Correct Ethnic or Racial Heritage Information; (2.) Failure or Refusal to Provide Information About Missing or Lost Personal Property. Or to have any and all Level 1 Unprocessed grievances returned.

(Continue on back if necessary)

Submitted to: Warden Myers        Date Received: AUG 01 2000

Acted on by: _____

Action taken and/or response: _____

Date of Response to Inmate: _____

Signature of Staff Member: _____

**NCI 050**

cc: Grievance Coordinator Di Gennaro
    Warden Myers
    John Allen

Exhibit 68

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601A
7-1-98

Inmate name: John Allen
Inmate No.: 2J1468
Facility: Northern C.I.
Housing unit: 2 West 122
Date: 3-20-2000

[X] Line grievance    [ ] Line emergency    [ ] Health grievance    [ ] Health emergency

**1. Informal resolution.** Attach a copy of Inmate Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

Received letter from Warden Myers dated Mar. 14, 2000, limiting access to Inmate Grievance Procedure due to alleged abuse. Not attached — to send something like this in won't, my keep to send to United States District Court, Correctional Ombudsman —

**2. Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.) Denial of, or failure or refusal to accept, process, or file Inmate Grievances, violation of First Amendment of United States Constitution, guarantee of rights to petition for redress of grievances. Allen contend the Connecticut Dept. of Correction, Inmate Grievance Procedure and its attempts to circumvent, deny, hinder and interfere with inmates access to court for review of prison conditions of confinement. On Mar 20, 2000, Allen received notice from Warden Myers, denying and limiting access to Grievance Procedure for alleged abuse of filing more than 5 grievance per week, or 20 or more in 180 day time period. It is not very fair the Dept. of Corrections, Northern C.I. and MacDougall continually violate inmate constitutional rights. You are denying me a remedy by denying the acceptance, filing, processing of grievances then fail to address issues. Have

**3. Action requested.** Describe what action you want taken to remedy the grievance. Have Inmate Grievance Procedure, Northern CI, MacDougall et al, Dept of Correction Connecticut discontinue denial of, refusal, failure to accept, file, process grievance, former violation of First Amendment U.S. Constitution right to petition for redress of grievance. For alleged abuse filing more than 5 grievances per week, or 20 or more grievances 180 days — Denial of Fourteen Amendment right to due process.

Inmate signature: John Allen

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

IGP no.: 141.00.400        T no.:
Date received: MAR 22 2000    Disposition: Denied    Date of disposition: 4/11/00

Grievance issue: Grievance regarding the grievance procedure.

Reasons:

All grievances up to 3/14/00 were reviewed and answered in a timely manner. You were put on restriction on 3/14/00 due to excessive filing of grievances per A.D. 9.6. You are not being denied access to the grievance procedure.

Exhibit 69

Level-1 reviewer: M. [signature] 4/11/00

*John Allen*
*113B*

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

To: All Concerned                          Date: 10/17/96

From: Bruce Spencer, SW IV, BLVC          Reply Due:

Subject: AUTHORIZED RELIGIOUS ITEMS
===================================================================

Please be advised that John Allen is a practicing Native American. He is authorized to have, wear, and use the following items:

  1 bandanna with a picture of an Indian
  1 leather Medicine Bag approximately 2 inches in width and length with Sweet Grass, Sage, Cedar, and 2 small stones.

These items are to be considered the same as religious medallions. He is therefore authorized to wear these items at all times. The Medicine Bag and Bandanna are subject to search. However, these are to be considered Sacred Items and are to be accorded due respect. Native Americans do believe that no one else may handle the items. Therefore, the inmate should be given the option to empty the contents onto a clean paper or cloth for inspection and fully open the bag and/or bandanna. Should he refuse, the Chaplain and/or Watch Commander should be immediately called prior to searching the items.

All concerned please note.                 Noted:

                                           _____
Approved: _____          John Manumaleuna, COS
          Francis Sequeira, HFDW

c: E. Penarosa, F. Sequeira, G. Kaplan, J. Manumaleuna, Watch Capts & Lt's, C. Sandin, R. Mellow, HHSF BC, HHSF SH Sgt, Chapel ACO, Chaplain, VolinCor, J. Allen, Inmate File

Exhibit 70

## CERTIFICATE OF MEMBERSHIP

BE IT KNOWN THAT

**JOHN W. ALLEN**

IS ONE OF THE PEOPLE OF THE RED TAIL
BY VIRTUE OF BEING A CONTRIBUTING MEMBER
OF:

**EARTHBRIDGE INC**

IN SUPPORT OF NATIVE AMERICAN
SPIRITUAL & CULTURAL WAYS BRINGING:

UNITY/STRENGTH/ENERGY/SPIRIT
TO ALL OUR BROTHERS & SISTERS.

IN THE WAYS OF OUR ANCESTORS
FOR THE FUTURE OF OUR PEOPLE

INTEGRITY
COURAGE
HUMILITY
WILLINGNESS

HONESTY
AWARENEDSS
SERVICE
FAITH

ATTESTED TO & SIGNED
THIS DATE: 9-20-96

*Sunny Chobeka-sepe*
SUNNY CHOBEKA-SEPE
CLAN MOTHER

Exhibit 71

A "CERTIFICATE OF MEMBERSHIP"

1. IS LIKE AN EAGLE FEATHER, IT MUST BE EARNED.

2. IT IS VALID ONLY WITH AN ORIGINAL SIGNANTURE.

3. IT CANNOT BE "PURCHASED" BY DONATION, BUT MAY BE GIVEN IN GRATITUDE & APPRECIATION FOR CONTRIBUTIONS OF AN UNUSUAL NATURE. WHAT IS A SACRIFICE TO ONE PERSON IS NOTHING TO ANOTHER. THERE ARE MANY WAYS TO CONTRIBUTE TO THE WELL-BEING OF OUR FAMILY

4. CERTIFICATES MAY BE REQUESTED BY THOSE WHO CONSIDER THEMSELVES TO BE "PEOPLE OF THE RED TAIL" MEMBERS TO SHOW TO PRISON ADMINISTRATION (AS LONG AS THE ABOVE REQUIREMENTS HAVE BEEN MET.) IT IS NOT A MEMBERSHIP CARD & WILL NOT BE ROUTINELY GIVEN TO THOSE WHO ARE ONLY SUBSCIBERS OF OUR NEWSLETTER.

EARTHBRIDGE INC
PO BOX 1872
JEFF CITY MO 65102

**NOTE:**
PLEASE KEEP THIS WITH YOUR CERTIFICATE. IN THE FUTURE IT WILL BE ON THE BACK OF THE CERTIFICATE ITSELF. IT COULD BE A HELP WHEN SHOWING IT TO ADMINISTRATION TO PROVE THAT YOUR CERTIFICATE IS VALID.



*Red Tail Alliance*

```
IF NOT YOU....WHO?

WHEN THE CALL SOUNDS FOR YOU,
     WILL YOU HEAR IT?
WHEN YOU ARE CALLED TO MOVE CAMP,
     WILL YOU MOVE IT?
WHEN YOU ARE CALLED TO TAKE A STAND,
     WILL YOU TAKE IT?
     IF NOT YOU....WHO?

THANK YOU FOR TAKING THE FIRST STEP
BY JOINING THE RED TAIL ALLIANCE.

YOUR MEMBERSHIP CARD IS ENCLOSED.

IN PEACE/STRENGTH/UNITY/ACTION

                    THE RTA COUNCIL
```

~~PO BOX 386 ATHOL MA 01331~~

*Ray Gauthier / Two Thunders / P. Box 1178 Golden Eagle Camp / Carlin, Nevada 89822*

*Nakomia Bear / ~~Lot #4 Excalibur Dr.~~ / ~~Becket Mass 01223~~*

WE REGRET THAT THE ONLY COPIER IN THE SMALL NEW ENGLAND TOWN OF ATHOL THAT WILL PHOTOCOPY OUR DEEP RED MEMBERSHIP CARD IS NO LONGER AVAILABLE. DRAKE'S NEWSTAND WAS A GOOD FRIEND TO US IN RTA, AND HELPED US TO SELL OUR DONATED CRAFTS AND MAINTAINED A SPECIAL COPIER MACHINE FOR US TO USE <u>AND</u> GAVE US A SPECIAL PRICE. TOO!

RECENT PROBLEMS IN THEIR LIVES HAVE CAUSED THEM TO SUDDENLY GO OUT OF BUSINESS. NO OTHER MACHINE WITHIN TWENTY MILES WILL DO THE JOB OF REPRODUCING THE CARD NOR AID US IN OUR NEWSLETTER PRODUCTION SO THEY WILL BE SORELY MISSED.

TO TRY TO MAKE UP FOR THE MISSING MEMBER CARD COPY WE PROVIDE THE FOLLOWING INFORMATION WHICH MAY BE HELPFUL TO YOU.

THE FOLLOWING PERSON IS A CERTIFIED MEMBER OR AFFILIATE OF RED TAIL ALLIANCE OF ~~PO BOX 386, ATHOL MA 01331~~, WITH THE NUMBER LISTED BELOW.

*Nakomia Bear   Lot #4 Excalibur Drive   Ray Gauthier (Two Thunders)*
*Becket, Mass. 01223                       P.O. Box 1178 Golden Eagle Camp*
*                                           Carlin, Nevada 89822*

```
JOHN ALLEN
99-902 moanaloa hwy MB                    RTA # HI-001
AIEA  HI  96701
HI-001=RTA#
CHICANO
                                Signed: Sunny C Gokee
                                        Sunny C. Gokee
                                Sec.Treas. RED TAIL ALLIANCE, INC
```

*Exhibit 72*



**Pan American Indian Association**

8335 Sevigny Dr.
N. Ft. Myers, FL 33917-1705

(941) 543-7727

ELDERS COUNCIL

Rev. White Bear Barnard PhD
Chief

Rev Corn Woman Ford
Clan Mother

Spirit Catcher Barnard
Clan Mother

Running Spirit Konowitz
Deputy Chief

O siyo Relative,

Good to hear from you, we ask sending smoke skyward that our leaf has found you all in Strong Spirit and Good Health.

We welcome you into the Brother/Sisterhood of the Pan American Indian Assoc., a fellowship. Home for those Metis American Indians who are seeking to revive their tribal heritage, to live the Sacred Pathways of their ancestors including non-natives who know the way.

Please notice on the ID card the 'expiration date', this date indicates the date your subscription expires. To receive an ACTIVE MEMBERSHIP status you should renew your subscription to the PAIA NEWS the WHIRLING RAINBOW-Voice of the People on or before the expiration date.

Your name(s) have been entered into the PAIA ROLL BOOKS, the number on the ID card is your enrollment number.

We welcome and appreciate life experence stories, articles, poems, art, and craft, etc., from our Brothers and Sisters for publication. Giving each member and others a chance to share their knowledge.

"WE ARE ONE, WE ARE ALL RELATED"

Sincerely

Rev. White Bear Barnard PhD
Chief & Spiritual Leader

Pan American Indian Assoc.
8335 Sevigny Dr. *N.Ft.Myers.FL.33917-1705

Oso Andando
Taino/Mexican CT4062
heritage

Oso Andando
signature

Membership Card Expires Sept 03

Exhibit 3

"Serving the Spiritual Needs of Metis/Native Americans"

BENJAMIN J. CAYETANO
GOVERNOR



TED SAKAI
DIRECTOR

PAULINE N. NAMUO
Deputy Director
Administration

MARIAN E. TSUJI
Deputy Director
Corrections

SIDNEY A. HAYAKAWA
Deputy Director
Law Enforcement

STATE OF HAWAII
**DEPARTMENT OF PUBLIC SAFETY**
HALAWA CORRECTIONAL FACILITY
99-902 Moanalua Road
Aiea, Hawaii 96701

No. _____

June 21, 1999

Neal H. Kearney, Major
State of Connecticut
Department of Correction
Northern Correctional Institution
287 Bilton Road
Somers, CT 06071

Dear Major Kearney:

Enclosed you will find the following property belonging to inmate John Allen, #251468:

2 combs
1 Q-tip box
1 chessman set
1 unwaxed dental floss
2 white handkerchiefs
4 bandannas
books
- Rights of Prisoners
- Dance Me Outside
- Second Treatise of Government
- Inmate Accident Compensation Procedures
- 1990 City Council Calendar
- Inmate Handbook
- LEA Magazine
- Arts and Crafts Resource Guide
- 3 City/County pamplets
- 3 Native American newspapers

Assorted cards, letters, envelopes
1 belt

Exhibit 74a

"An Equal Opportunity Employer Agency"

Neal H. Kearney, Major
Page 2

     I have kept this property locked in my office due to a court order since 1991. Please document how you dispose of the property in case of future grievances or litigation from this inmate.

Sincerely,

Cinda Sandin
Residency Section Supervisor
Halawa High Security Facility

Noted and forwarded:

Nolan Espinda, Warden

Exhibit 74b