UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 SEP -8 P 2: 45

U.S. DISTRICT COURT
HARTFORD, CT.

JOHN ALLEN

v.

JOHN ARMSTRONG, et al.

Case No.    PRISONER
3:02CV1818(DJS)(TPS)

RULING AND ORDER

Pending before the court is a motion for order, a motion for court rules, a motion for extension of time and a motion for more definite statement filed by the plaintiff and motion for protective order filed by the defendants. The court addresses the defendants' motion first.

I.  Motion for Protective Order [doc. # 31]

The defendants seek an order excusing them from responding to plaintiff's pending and any future discovery requests until thirty days after the court's ruling on their motion to dismiss. The plaintiff has not filed a response to this motion. Thus, the motion for protective order is granted absent objection.

II. Motion to Request Court to Contact Attorney General [doc. # 22]

The plaintiff asks the court to contact counsel for the defendants to obtain home addresses for the defendants who have not been served in their individual capacities. Counsel has appeared for all defendants in their individual and official capacities. Thus, the motion is denied without prejudice.

III.  Motion for Extension of Time [doc. # 30]

The plaintiff seeks a sixty day extension of time to respond to the motion to dismiss. The motion is granted absent of objection. The plaintiff shall file his response within twenty days of the date of this order.

IV.  Motion for More Definite Statement [doc. # 33]

The plaintiff files his motion pursuant to Rule 12(e) of the Federal Rules of Civil Procedure. He asks the court to order the defendants to clarify their motion to dismiss. The plaintiff alleges the motion to dismiss does not address all of his claims.

The defendants need not move to dismiss as to all claims in the complaint. The plaintiff is directed to respond to the arguments made in the defendants' motion to dismiss within twenty days of the date of this order.

V.  Motion for Court Rules [doc. # 26]

The plaintiff seeks a copy of local court rules. This court does not maintain copies of the Local Rules for public distribution. Accordingly, the motion is denied. The plaintiff may obtain such materials from the Connecticut Bar Association which is located at 30 Bank Street, New Britain, Connecticut 06050. The plaintiff may also contact the Inmates' Legal Assistance Program if he has questions concerning the local rules.

## Conclusion

Thus, the Motion for Protective Order [**doc. # 31**] is **GRANTED** absent objection. The Motion to Request Court to Contact Attorney

General for [**doc. # 22**] is **DENIED** without prejudice.  The plaintiff's Motion for Extension of Time [**doc. # 30** ] is **GRANTED** absent of objection.  **The plaintiff shall file his response to the arguments raised in the defendants' motion to dismiss within twenty days of the date of this order.**  The plaintiff's Motion for More Definite Statement [**doc. # 33**] and Motion for Local Rules [**doc. # 26**] are **DENIED**.

SO ORDERED.

Entered in Hartford, Connecticut, this 8th of September, 2004.

Thomas P. Smith
United States Magistrate Judge