John Allen 287059
John Allen
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279
Plaintiff Pro Se

FILED
2005 APR 15 A 11: 50
U.S. DISTRICT COURT
BRIDGEPORT, CONN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

John Allen, 287059,  )  CIVIL NO. 3:02-CV1818 (DJS)(TPS)
  Plaintiff,         )  NOTICE OF INTENT TO FILE WRIT OF MAN-
                     )  DAMUS; CERTIFICATE OF SERVICE.
  v.                 )
                     )
John Armstrong et al.)
  Defendants         )

### NOTICE OF INTENT TO FILE WRIT OF MANDAMUS

Come now plaintiff John Allen, 287059, and hereby give Notice of Intent to file Writ of Mandamus, pursuant to Rule 21, Federal Rules of Appellate Procedure, in the Second Circuit Court of Appeals, to compel this Court enter dispositive ruling on defendants' Motion to Dismiss, dated March 31, 2004; or plaintiff's Motion In Opposition to Defendants' Motion to Dismiss, dated October 1, 2004. This Notice of Intent To file Writ of Mandamus, is made based upon over six month interval since plaintiff's filing of responsive pleading, pursuant to Ruling and Order, dated September 8, 2004, Within thirty (30) days of submittance of Notice.

Dated: Pound, Virginia, April 10, 2005

John Allen
John Allen 287059
Plaintiff   Pro Se
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279

## CERTIFICATE of SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served upon the party listed below, by placing same within U.S. Mail, postage prepaid, on April 10, 2005, addressed as follows:

Steven R. Strom, Assistant Attorney General
State of Connecticut
110 Sherman Street, Hartford, Connecticut 06105
Attorney for Connecticut DOC Defendants

John Aller
John Aller 205/058
Plaintiff Pro Se
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279

Dated: Pound, Virginia, April 10, 2005