John Allen 287059
John Allen
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279
Plaintiff  Pro Se

FILED

2005 MAY -5 P 4: 22

U.S. DISTRICT COURT
BRIDGEPORT, CONN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

John Allen, 287059  )  CIVIL NO. 3:02CV1818(DJS)(TPS)
  Plaintiff,        )  NOTICE OF APPEAL TO RULING AND ORDER
    V.              )  OF DISMISSAL DATED APRIL 6, 2005; CER-
John Armstrong, et al.)  TIFICATE OF SERVICE.
  Defendants        )

NOTICE OF APPEAL TO RULING AND
ORDER OF DISMISSAL DATED APRIL 6, 2005

Come now plaintiff John Allen, 287059, and hereby gives Notice of Appeal to Ruling and Order of Dismissal Dated April 6, 2005, by United States District Judge Dominic J. Squatrito. Plaintiff's Notice of Appeal to Ruling and Order of Dismissal, is made pursuant to Federal Rules of Appellate Procedure, and based upon following reasons:

1. Plaintiff is pro se counsel in the above entitled action.

2. Plaintiff is a State of Hawaii prisoner, previously incarcerated within Connecticut Dept. of Correction institutions under Interstate Corrections Compact Agreement.

3. The defendant's filed a discriminatory, partial, and selective Motion to Dismiss, dated March 31, 2004, which distorted and misrepresented the actual factual allegations pertaining to subjection to cultural, ethnic, racial, and religious invidious discrimination of Native American Indian religion.

-1-

4. The District Court failed or refused to address specific claims and issues pertaining to violations of denial of equal protection of law under Fourteenth Amendment, through denial or lack of state or Correction Dept. policy for access, retention, and wearing of religious literical headwear known as headband; the confiscation and disposal of religious literical headbands; denial of access, retention, and acquisition of religious ceremonial items for retention in medicine bag/pouch; loss and disposal of sacred herbs, and religious literature; placement on Abuse of Grievance Procedures and denial of processing of Regular Grievances; subjection to racial discrimination through inaccurate and erroneous racial heritage data or information; through the defendant's Motion to Dismiss, dated March 31, 2004, distortion and misrepresentation of factual allegations solely based upon First Amendment, and Due Process contexts, and various defenses.

5. For the reasons stated herein, plaintiff gives Notice of Appeal to Ruling and Order of Dismissal, dated April 6, 2005.

Dated: Pound, Virginia, May 1, 2005

John Allen
John Allen 281059
Plaintiff    Pro Se
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279

-2-

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, Motion of Appeal to Ruling and Order of Dismissal Dated April 6, 2005, was served upon the party listed below, by placing same, in United States Mail, postage prepaid, on May 1, 2005, addressed to:

Steven R. Strom
Assistant Attorney General
State of Connecticut
110 Sherman Street
Hartford, Connecticut 06105
Attorney for Connecticut DOC Defendants

John Allen
John Allen 281059
Plaintiff     Pro Se
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279

Dated: Pound, Virginia, May 1, 2005