FILED

2005 NOV 10 P 1:56

U.S. DISTRICT COURT
NEW HAVEN CT

D. Conn.
02-cv-1818
Squatrito, J.

# United States Court of Appeals
## FOR THE SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 28th day of October, two thousand five,

Present:
    Hon. Ralph K. Winter,
    Hon. Rosemary S. Pooler,
    Hon. Sonia Sotomayor,
        *Circuit Judges.*



John Allen,

                Plaintiff-Appellant,

    v.                                              05-2250-pr

John J. Armstrong, *et al.*,

                Defendants-Appellees.

Appellant, *pro se*, moves this Court to consolidate this appeal with his appeal in number 03-0238-pr. This Court has determined *sua sponte* that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978). Therefore, it is ORDERED that the appeal is dismissed. It is FURTHER ORDERED that Appellant's motion to consolidate his appeals is denied as moot.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

By: /s/ Lucille Carr

SAO-MZK

Issued as Mandate:    OCT 2 8 2005