John Allen 287059
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279
Plaintiff Pro Se

FILED
2006 JUL 12 P 4:33
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

John Allen, 287059,
   Plaintiff,
v.
John Armstrong, et. al.,
   Defendants.

CIVIL NO. 3:02CV1818 (DJS)(TPS)
MOTION FOR REINSTATEMENT OF SCHEDULING ORDER;
CERTIFICATION.

## MOTION FOR REINSTATEMENT OF SCHEDULING ORDER

Come now plaintiff John Allen, 287059, and hereby moves this Court for Reinstatement of Scheduling Order. This Motion is made pursuant to Federal Rules of Civil Procedure, and based upon the following reasons:

1. Pursuant to Ruling and Order, dated April 6, 2005, by U.S. District Judge Dominic J. Squatrito, denying in part, and granting in part, defendant's Motion to Dismiss, dated March 31, 2004;

2. Pursuant to Scheduling Order, dated April 12, 2005, by U.S. Magistrate Judge Thomas P. Smith, authorizing preparation for trial on claims in the complaint which have not been dismissed or withdrawn.

3. Following plaintiff's Notice of Appeal to Ruling and Order of Dismissal Dated April 6, 2005, submitted May 1, 2005, and filed May 5, 2005; the Scheduling Order, dated April 12, 2005, was terminated.

4. Pursuant to U.S. Court of Appeals for the Second Circuit, Ruling and Order, dated October 28, 2005, dismissal for lack of jurisdiction because final order under 28 U.S.C. §1291, was not issued by district court. See, Allen v Armstrong, No. 05-2250 pr., U.S. Court of Appeals, for Second Circuit.

-1-

5. Plaintiff suffered a heart attack in October 2005, due to aneurysm causing irregular flow of blood to heart area; following hospitalization advised to restrict activities.

6. Plaintiff suffered another heart attack in December 2005, following hospitalization, upon doctor orders placement upon restricted activities.

7. Plaintiff's heart condition has stabilized to enable the removal of restriction on activities.

8. For the reasons stated herein, plaintiff requests the Court grant his Motion for Reinstatement of Scheduling Order.

Dated: Pound, Virginia, July 7, 2006

John Allen
John Allen 287059
Plaintiff   Pro Se
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279

CERTIFICATION

I hereby certify that a true and accurate copy of the foregoing Motion for Reinstatement of Scheduling Order, was served on party listed below, by placing in U.S. Mail, postage prepaid on July 7, 2006, addressed to:

Steven R. Strom, Assistant Attorney General, State of Connecticut
110 Sherman Street, Hartford, Connecticut 06105

John Allen
John Allen 287059
Plaintiff   Pro Se
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279

Dated: Pound, Virginia, July 7, 2006

—2—