UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**JOHN ALLEN**
                **PRISONER**
 **v.**        **CASE NO. 3:02CV1818(DJS)(TPS)**

**JOHN ARMSTRONG, et al.**

## RULING AND ORDER

On April 8, 2005, the Court granted in part and denied in part defendants' motion to dismiss. All federal and state law claims for monetary damages and declaratory relief against the defendants in their official capacities, all state law claims against the defendants in their individual capacities, all claims concerning the loss, confiscation or destruction of plaintiff's property, all claims regarding incidents that occurred between November 1996 and the end of September 1999, all claims under RLUIPA, all claims for compensatory damages against the defendants in their individual capacities, all claims against defendant DiGennaro and the claim against defendant Myers concerning plaintiff's placement on grievance restriction were dismissed. The First Amendment claims against the defendants in their individual capacities for punitive damages remain.

On May 4, 2005, the defendants filed an Answer to the complaint. On May 5, 2005, the plaintiff filed a notice of appeal of the Court's ruling on the motion to dismiss. On November 10,

2005, the Court of Appeals for the Second Circuit issued a Mandate dismissing the appeal.  The plaintiff now requests that the Court re-instate the scheduling order issued in April 2005.  As the deadlines in that order have long since passed, the court construes the motion as a request for a new scheduling order.  The Motion for Scheduling Order [**doc. # 43**] is **GRANTED**.

Discovery pursuant to the Federal Rules of Civil Procedure, Rules 26 through 37, shall be completed on or before December 27, 2006.  All motions for summary judgment shall be filed on or before January 27, 2007.

**SO ORDERED this 27th day of October, 2006, at Hartford, Connecticut.**

/s/ Thomas P. Smith
**Thomas P. Smith
United States District Judge**