John Allen
Central Regional Jail
13031 James Madison Hwy.
Orange, Virginia 22960
Plaintiff    Pro Se


2006 DEC -8 P 4: 34

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

John Allen,
  Plaintiff,
v.
John Armstrong, et al.,
  Defendants.

Civil No. 3:02CV 318 (DJS) (TPS)
MOTION FOR ENLARGEMENT OF TIME;
CERTIFICATION.

MOTION FOR ENLARGEMENT OF TIME

Come now plaintiff John Allen, a State of Hawai'i prisoner, and hereby moves this Court for Enlargement of Time, of Scheduling Order, specifically scheduling for Discovery, and Motion for Summary Judgment, due to transfer from Virginia Dept. of Corrections. This motion is made pursuant to Federal Rules of Civil Procedure, and based upon the following reasons:

1. Plaintiff has been discharged and transferred from the custody of the Virginia Dept. of Corrections, stemming from the filing of two civil rights actions relating to denial of access to Native American Indian religious ceremonial items, practices, and observances.

2. Plaintiff was transferred into custody of U.S. Marshal Service, for transport back to Hawaii Dept. of Public Safety, Corrections Division; due to unfavorable weather conditions for Air Lift service; plaintiff was placed in holding at Central Virginia Regional Jail.

3. Red Onion State Prison, Property Control Dept. stated shipment of personal property, including legal materials related to Civil No. 3:02CV 318 (DJS) (TPS), would take between four to eight weeks, for transfer to Hawai'i.

-1-

4. Plaintiff currently has no access to personal legal materials or law library legal research/resource materials at Central Virginia Regional Jail, pending transfer back to Hawai'i Dept. of Public Safety, Corrections Division.

5. The ends of justice would best be served with Enlargement of Time.

6. For the reasons stated herein, plaintiff prays this Court grant his Motion for Enlargement of Time, of Scheduling Order, specifically scheduling for Discovery and Summary Judgment Motion.

Dated: Orange, Virginia, December 4, 2006

John Allen, Plaintiff Pro Se
Central Virginia Regional Jail
13021 James Madison Hwy.
Orange, Virginia 22960

CERTIFICATION

I hereby certify that a true and accurate copy of the foregoing Motion for Enlargement of Time, was served on the party listed below, by placing in U.S. Mail, postage prepaid, on December 4, 2006, addressed to:

Steven R. Strom, Assistant Attorney General, State of Connecticut
110 Sherman Street, Hartford, Connecticut 06105
Attorney for Connecticut Doe Defendants

John Allen, Plaintiff Pro Se
Central Virginia Regional Jail
13021 James Madison Hwy.
Orange, Virginia 22960

Dated: Orange, Virginia, December 4, 2006

-2-