John Allen
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, Hawai'i 96701
Plaintiff   Pro   Se

FILED

2007 MAY -7 P 3: 30

DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

John Allen,
            Plaintiff,

    v.

John Armstrong, et al.
            Defendants.

CIVIL NO. 3:02 cv 1818 (DJS)(TPS)
NOTICE of TRANSFER AND RECEIPT OF PERSONAL
LEGAL MATERIALS; CERTIFICATION

## NOTICE of TRANSFER AND RECEIPT of PERSONAL LEGAL MATERIALS

Comes now plaintiff John Allen, a State of Hawai'i prisoner, and hereby give this Court, Notice of Transfer and Receipt of Personal Legal Materials. This Notice is made pursuant to Federal Rules of Civil Procedure, and based upon the following reasons :

1. Plaintiff was discharged and transferred from custody of Virginia Dept. of Corrections, Red Onion State Prison, on November 15, 2006, in retaliation for filing two civil actions against Virginia DOC officials, for denial of access to Native American Indian religious ceremonial items, observances, and practices; Civil No. 2:06 cv 311, and Civil No. 2:06 cv 328, John Allen v. Gene Johnson, et al., U.S. District Court, Eastern District of Virginia, Norfolk Division.

2. Plaintiff was transferred into the custody of U.S. Marshal Service, for Air Lift transportation back to Hawai'i Dept. of Public Safety, Corrections Division.

3. Plaintiff was not permitted to take any personal property, including legal materials pertaining to the above docketed action, during transport process under U.S. Marshal Service.

-1-

4. Plaintiff was confined to three different county jails and two federal facilities over ten week period prior to placement within custody of the Hawai'i Dept. of Public Safety, Corrections Division, on January 28, 2007.

5. Plaintiff was initially informed that Hawai'i Dept. of Public Safety was not responsible for forwarding of personal property held by Virginia DOC, Red Onion State Prison Property Dept.

6. Plaintiff was required to utilize Inmate Grievance Process, then Office of Ombudsman, State of Hawai'i, to force compliance with contractual obligations between Hawai'i Dept. of Public Safety and Virginia DOC for the shipping of inmate personal property, including legal materials in this civil action.

Dated: Honolulu, Hawai'i, May 2, 2007

John Allen    Plaintiff Pro Se
Halawa Correctional Facility
99-902 Moanalua Rd
Area, Hawai'i 96701

CERTIFICATION

I hereby certify that a true and accurate copy of the foregoing Notice of Transfer and Receipt of Personal Legal Materials, was served on the party listed below by placing in U.S. Mail, postage prepaid, on May 2, 2007, addressed to:

Steven R. Strom, Assistant Attorney General, State of Connecticut
110 Sherman Street, Hartford, Connecticut 06105

John Allen    Plaintiff Pro Se
Halawa Correctional Facility
99-902 Moanalua Rd.
Area, Hawai'i 96701

-2-