UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ALLEN | : | CIVIL NO. 3:02CV1818(DJS) (TPS) |
| | : | |
| v. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | SEPTEMBER 13, 2007 |

## DEFENDANTS' PRELIMINARY EXHIBIT LIST

A. Plaintiff's Inmate Master file (or portions thereof)

B. Milling Memo 12-4-96

C. A.D. 10.8

D. Smudging Agreement

E. Commissary Form (Religious articles)

F. Smudging materials

G. Headband

H. Photos of MacDougall CI including, but not limited to sweatlodge

I. Medicine Bag

J. A.D. 6.10

K. Resume of John Armstrong

L. Resume of Brian Murphy

M. Resumes of Defendants' as Experts, including but not limited to Fr. Bruno, Mark Allen, Ed Sarabia

N. Correspondence from certain defendants to plaintiff

O. Prayer rug

P. P-Z; AA-?? Defendants reserve the right to supplement this preliminary list.

        DEFENDANTS

        John Armstrong, et al.


        RICHARD BLUMENTAHAL
        ATTORNEY GENERAL


      By: /s/_____
        Steven R. Strom
        Assistant Attorney General
        Office of the Attorney General
        110 Sherman Street
        Hartford CT 06105
        Tel: (860) 808-5450
        Fax: (860) 808-5591
        Federal Bar No. ct 01211

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this _____ day of September, 2007, to:

John Allen
Halawa Correctional Facility
99-902 Moannlua Rd
Aiea, HI 96701

        /s/_____
        Steven R. Strom
        Assistant Attorney General

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 26th day of July, 2004, to:

    Thaddeus Taylor, #237855
    Cheshire Correctional Institution
    900 Highland Avenue
    Cheshire, CT 06410

                                                                                    /s/_____
                                                                                 Steven R. Strom
                                                                                  Assistant Attorney General