UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ALLEN | : | CIVIL NO. 3:02CV1818(DJS) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | JANUARY 29, 2008 |

### RULE 41 STIPULATED DISMISSAL

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, the parties stipulate that the above captioned case may be dismissed with prejudice and without costs.

PLAINTIFF,
John Allen, #A0116769

DEFENDANTS,
John Armstrong, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
John Allen, #A0116769
Halawa Correctional Facility
99-902 Moanalua Road
Aiea, Hawaii 96701

BY: _____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct01211
E-Mail: steven.strom@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

Approved and So Ordered.

Entered at Hartford, CT this _____ day of February, 2008.

By The Court

_____
U.S.D.J./Clerk/Deputy Clerk